794

No. 641.   HENRY v. WEBB, SUPERINTENDENT.   January 2, 1945.   Petition for writ of certiorari to the Supreme Court of Washington denied.

No. 660.   HAINES v. ILLINOIS.   January 2, 1945.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 685.   FLANSBURG v. KAISER, WARDEN.   January 2, 1945.   Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 686.   BAKER v. KAISER, WARDEN.   January 2, 1945.   Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 693.   BARNARD v. RAGEN, WARDEN;
No. 696.   SCHEIB v. RAGEN, WARDEN;
No. 697.   DOYLE v. RAGEN, WARDEN; and
No. 701.   O'NEILL v. NIERSTHEIMER, WARDEN.   January 2, 1945.   Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 712.   McKENNA v. NEW YORK.   January 2, 1945.   Petition for writ of certiorari to the County Court, Kings County, New York, denied.